

GRANTED
Judge Edward J. Davila
11/6/2015

1  Brett D. Watson, SBN: 203183
   E-Mail: bwatson@pldlawyers.com
2  Chetna Vora, SBN: 223311
   E-Mail: cvora@pldlawyers.com
3  PALMER, LOMBARDI & DONOHUE LLP
   515 South Flower Street, Suite 2100
4  Los Angeles, California 90071
   Phone:  (213) 688-0430
5  Fax:  (213) 688-0440

6  Attorneys for Defendant MUFG Union Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MAGEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No. 15-cv-04258-EJD<br><br>[Honorable Edward J. Davila]<br><br>**REQUEST AND STIPULATION TO CONTINUE DATE FOR DEFENDANT MUFG UNION BANK, N.A.'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>[New Response Date for Defendant MUFG Union Bank, N.A.: November 16 2015]<br><br>Action Filed: August 4, 2015 |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　Defendant MUFG Union Bank, N.A. ("Union Bank") and Plaintiff Kathleen Magee ("Magee") are actively discussing settlement of this case but need additional time to determine whether they can avoid further pleadings through settling the action or whether a response will be necessary.

　　　Magee filed her Complaint in state court on August 4, 2015.  Defendant Experian Information Solutions removed this case to federal court on or around

September 18, 2015.  Magee and Union Bank stipulate that Union Bank has up to and including November 16, 2015 to respond to the Complaint.  This extension will not alter any Court set dates.  Union Bank has not waived any objection to the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the Complaint or other pleadings in this case.

DATED: November 5, 2015

By    /s/ Brett D. Watson
BRETT D. WATSON
CHETNA VORA
PALMER, LOMBARDI & DONOHUE LLP
Attorneys for Defendant MUFG Union Bank, N.A.

DATED: November 5, 2015

By    /s/ Elliot Gale
ELLIOT GALE
SAGARIA LAW P.C.
Attorneys for Plaintiff Kathleen Magee