1

2

3

4                              UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6                                    SAN JOSE DIVISION

7

8   KATHLEEN MAGEE,                          Case No.   5:15-cv-04258-EJD

            Plaintiff,
9                                            **ORDER TO SHOW CAUSE**

            v.
10

11  MUFG UNION BANK, NATIONAL
    ASSOCIATION,

12          Defendant.

13          On January 29, 2016, the court issued an order requiring the parties to meet and confer in

14  order to reach an agreement on one ADR process and file, within 10 days, either (1) the form

15  entitled "Stipulation and (Proposed) Order Selecting ADR Process" if an agreement is reached on

16  one form of ADR, or (2) the form entitled "Notice of Need of ADR Phone Conference." Dkt. No.

17  26. As of the date and time this was order was filed, the parties have not complied and the time

18  for compliance has expired.

19          Accordingly, the parties are ordered to appear before the Honorable Edward J. Davila on

20  **March 3, 2016, at 10:00 a.m.** in Courtroom No. 1, 5th Floor, United States District Court, 280 S.

21  First Street, San Jose, California, 95113, to show cause why the court should not impose any and

22  all appropriate sanctions, including monetary sanctions or dismissal of this action, on the parties,

23  or any of them, for willful disobedience of a court order.

24          The parties may file a response to this order demonstrating good cause why sanctions

25  should not be imposed on or before **February 25, 2016.** In doing so, however, they must (1)

26  explain their failure to comply with the original deadline to file one of the ADR forms, and (2)

27  must also file one of the forms contemplated by the January 29th Order, joined by all parties to

28                                             1

Case No.: 5:15-cv-04258-EJD
ORDER TO SHOW CAUSE

United States District Court
Northern District of California

1    have appeared in this action and for which a notice of settlement or dismissal has not been filed.

2

3        **IT IS SO ORDERED.**

4    Dated: February 18, 2016

5                                                _____
                                                 EDWARD J. DAVILA
6                                                United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 5:15-cv-04258-EJD
ORDER TO SHOW CAUSE

United States District Court
Northern District of California