UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MAGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MUFG UNION BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 5:15-cv-04258-EJD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On February 18, 2016, the court issued an order requiring the parties to show cause why sanctions should not be imposed after they failed to file a document within the timeframe ordered by the court. Dkt. No. 27. Plaintiff filed a return to the order to show cause on February 24, 2016, explaining that she did not file a statement because she believed the action had been resolved against all defendants.

Since the court accepts Plaintiff's explanation on behalf of the parties, the order filed on February 18th is DISCHARGED and the hearing scheduled for March 3, 2016, is VACATED.

Consistent with Plaintiff's representation, a stipulation for dismissal of MUFG or a statement explaining why such dismissal has not been completed shall be filed on or before **March 12, 2016.**

**IT IS SO ORDERED.**

Dated: February 29, 2016

                                                EDWARD J. DAVILA
                                                United States District Judge