UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KATHLEEN MAGEE,

    Plaintiff,

v.

MUFG UNION BANK, NATIONAL ASSOCIATION,

    Defendant.

Case No. 5:15-cv-04258-EJD

**ORDER TO SHOW CAUSE**

On February 29, 2016, the court issued an order that, inter alia, required the parties to file a stipulation for dismissal of MUFG or a statement explaining why such dismissal has not been completed on or before March 12, 2016 (which the court now realizes was a Saturday). As of the date and time this order was filed, however, the court has not received a stipulation for dismissal of MUFG or statement from any party.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by **March 18, 2016**, file or cause to be filed one of the documents required by the February 29th order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: March 15, 2016

                                                                     EDWARD J. DAVILA
United States District Judge