UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MAGEE,<br><br>    Plaintiff,<br><br>    v.<br><br>MUFG UNION BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No.  5:15-cv-04258-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize the settlement agreement and file a dismissal, the Case Management Conference scheduled for April 14, 2016, is CONTINUED to **10:00 a.m. on May 19, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **May 12, 2016.**

Plaintiff is advised that an order to show cause remains pending and has not been discharged. Dkt. No. 31. Accordingly, any additional failure to comply with deadlines may result in the dismissal of this action without further advance notice.

**IT IS SO ORDERED.**

Dated: April 8, 2016

EDWARD J. DAVILA
United States District Judge