UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MAGEE,<br><br>          Plaintiff,<br><br>   v.<br><br>MUFG UNION BANK, NATIONAL ASSOCIATION,<br><br>          Defendant. | Case No.  5:15-cv-04258-EJD<br><br>**STATUS CONFERENCE ORDER** |

On May 19, 2015, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference.  Based on a review of the action and the discussions held at the conference, the court orders as follows:

1.      On or before **5:00 p.m. on May 31, 2016**, Plaintiff shall file or cause to be filed a stipulation for dismissal of her claims against the sole remaining defendant, MUFG Union Bank, in light of the settlement.

2.      Plaintiff is advised that unless as a dismissal is filed by the deadline previously indicated, the court will dismiss her claims against MUFG Union Bank on June 1, 2016, pursuant to the Order to Show Cause filed on March 15, 2016 (Dkt. No. 31).

**IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04258-EJD
STATUS CONFERENCE ORDER

United States District Court
Northern District of California