UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN MAGEE,<br><br>    Plaintiff,<br><br>v.<br><br>MUFG UNION BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 5:15-cv-04258-EJD<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT** |

Because Plaintiff did not comply with the order filed on May 19, 2016, all claims against MUFG Union Bank, National Association, are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: June 1, 2016

EDWARD J. DAVILA
United States District Judge